ACCEPTED
03-15-00385-CR
8043981
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 8:37:07 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00385-CR

IN THE COURT OF APPEALS

THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 8:37:07 AM
JEFFREY D. KYLE
Clerk

**************************************************

CAUSE NO. 72,941

IN THE 27TH JUDICIAL DISTRICT COURT OF

BELL COUNTY, TEXAS

**************************************************

**KARL LEE WIGGINS**                    **APPELLANT**


**VS.**


**THE STATE OF TEXAS**                    **APPELLEE**

**************************************************


## APPELLANT'S THIRD MOTION FOR EXTENSION

## OF TIME TO FILE BRIEF


COMES NOW Appellant, KARL LEE WIGGINS, by and through his attorney of record, James H. Kreimeyer, and respectfully moves the Court to extend the time for filing the Appellant's Brief in this cause, and in support hereof would show the Court as follows:

## I.

On March 30, 2015, Appellant entered a plea of guilty, without the benefit of a plea agreement, to the offense of murder, a first degree felony; and the punishment assessed was life imprisonment in the Texas Department of Criminal Justice, Institutional Division imposed on May 28, 2015. A motion for new trial was heard and denied by the trial court on July 20, 2015. Defendant filed a supplemental notice of appeal of said conviction to the Court of Appeals, Third Supreme Judicial District, Austin, Texas.

## II.

Appellant's Brief is due for filing with the Court of Appeals on December 2, 2015.

## III.

Appellant's attorney would respectfully request an extension of time to file Appellant's brief. Appellant's attorney needs additional time to complete brief due to the holidays and legal assistant on vacation.

This Motion for Extension of Time is not filed for

the purpose of delay, but so that the ends of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Appellant requests the Court to grant a thirty (30) day extension of time to file the brief herein until January 1, 2016.

Respectfully submitted,


/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT
P.O. BOX 727
BELTON, TEXAS 76513
(254) 939-9393
(254) 939-2870 FAX
T.S.B. #11722000
jkreime@vvm.com


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Brief was delivered to Henry Garza, District Attorney, Bell County Courthouse, Belton, Texas 76513, on the 2nd day of December 2015.

/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT